WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED APR 13 2010

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JOSEPH RIPPE,**                                                        CV # 09-280-AC

   Plaintiff,

vs.                                                                           ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

   Attorney fees in the amount of $5,375.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

   DATED this 13th day of April, 2010.

                                                                    United States ~~District~~ / Magistrate Judge

Submitted on April 12, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1